| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON           DATE:   3-12-2019
          U.S. MAGISTRATE JUDGE           TIME:   10:48 a.m. (18 minutes)

*Martins v. The County of Nassau, et al.*
**CV 15-5120 (ADS) (AKT)**

TYPE OF CONFERENCE:        **PRE-TRIAL CONFERENCE**

APPEARANCES:   Plaintiff:     Thomas A. Illmensee

               Defendants:    Ralph J. Reissman (Nassau County Defendants)

                              (John Does #1, 2 and 3)

FTR:   11:48-12:06

THE FOLLOWING RULINGS WERE MADE:

1. Although the parties submitted a proposed Joint Pre-Trial Order, I advised them today that the final was premature since there is a discovery motion outstanding. The Court is therefore holding that documents in abeyance for the time being.

2. After an extended discussion, I directed counsel to conduct a further meet-and-confer between now and April 12, 2019 to resolve at least some of the issues set forth in the pending motion. The Court noted that no opposition was ever filed to that discovery motion. Apparently, defendants' counsel responded informally by sending a letter to plaintiff's counsel stating that the defendants had no further documents to produced. To the extent there are any unresolved issues remaining after the meeting, counsel are directed to submit a short letter to the Court by April 19, 2019 setting forth exactly the individually numbered discovery requests which remain in dispute. If all the issues have been resolved, then counsel must confirm that fact by April 19, 2019. The Court will set up the next conference based upon the April 19 response. Therefore, the Court is granting DE 59 to the limited extent that counsel is permitted to confer with defendants' counsel to try to resolve some of the outstanding requests.

3. Plaintiff's counsel is seeking to take one deposition, which the Court is permitting. That deposition must be completed by the end of May 2019.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge